**Order filed February 3, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00003-CV**
_____

**WILLIAM H. TAYLOR JUNIOR, Appellant**

**V.**

**MORI ASSOCIATES, INCORPORATED, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-65679**

## O R D E R

The notice of appeal in this case was filed December 30, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **February 18, 2022.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain